IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: KIRK AND MARILYN MOIX          CASE NO. 4:17-bk-11010 Ch 13

## MODIFICATION OF PLAN

Come now debtors, Kirk and Marilyn Moix, by and through their attorney, Jean M. Madden, of THE MADDEN LAW FIRM, and for their Modification of Plan states:

1. That the plan payment should be adjusted to $3,386.00 monthly.
2. That the plan base is $195,718.00 consisting of $3,386.00 for 53 months in addition to $16,260.00 previously paid.

WHEREFORE, the debtors pray that their Modification of Plan be confirmed and for all other good and proper relief to which he may be entitled.

                               /s/ Jean M. Madden
                               Jean M. Madden
                               THE MADDEN LAW FIRM
                               515 South Rock Street
                               Little Rock, AR 72202
                               (501) 378-7700

## CERTIFICATE OF SERVICE

I, Jean M. Madden, do hereby certify that a true and correct copy of the foregoing Modification of Plan was sent Mark T. McCarty, Trustee, by ecf filing, this 29th day of September, 2017.

                               /s/ Jean M. Madden
                                 Jean M. Madden

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: KIRK AND MARILYN MOIX             CASE NO. 4:17-bk-11010 Ch 13

**NOTICE OF OPPORTUNITY TO OBJECT TO**
**MODIFIED PLAN AFTER CONFIRMATION**

You are hereby notified that the debtor has filed the attached modification to the plan pursuant to 11 USC 1323 and Rule 3019 of the Rules of Bankruptcy Procedure AND 11 USC 1329 (AFTER). Objections to Confirmation of the Plan as modified must be filed in writing within 28 days from the date of this Notice, with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201, with copies to the attorney for the debtor and Mark T. McCarty, Trustee, P.O. Box 5006, Little Rock, Arkansas 72119.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

DATE: September 29, 2017                JEAN M. MADDEN
                                        THE MADDEN LAW FIRM
                                        515 South Rock Street
                                        Little Rock, Arkansas 72202

**CERTIFICATE OF MAILING**

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification of Plan have been mailed to:

Joyce B. Babin                          Internal Revenue Service
 by ecf filing                          PO Box 7346
                                        Philadelphia, PA  19114-0326

Legal Division
Department of Finance & Administration  U. S. Attorney (Eastern District)
P. O. Box 1272                          P. O. Box 1229
Little Rock, Arkansas 72203             Little Rock, Arkansas 72203

Legal Department
Employment Security Division
P. O. Box 2981
Little Rock, Arkansas 72203

And to all creditors whose names and addresses are set forth on the attached page:

All done on this 29th day of September, 2017.

                                        /s/ Jean M. Madden
                                        JEAN M. MADDEN